UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| BROADCAST MUSIC INC., *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-78 |
| ) | |
| WHEELS, INC. d/b/a WHEELS/THE ) | Judge Mattice |
| OTHER SIDE, and HAROLD ) | |
| HICKOK, JR., ) | |
| ) | |
| *Defendants.* ) | |

## ORDER

United States Magistrate Susan K. Lee filed her Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). [Court Doc. No. 14.] Neither party filed objections within the given 10 days.

After reviewing the record, the Court agrees with Magistrate Judge Lee's Report and Recommendation. The Court thus **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b).

Accordingly, Defendant's Motion for Default Judgment [Court Doc. No. 11] is **DENIED** with leave to refile at an appropriate time. Further, the parties are **ORDERED** to submit a joint status report no later than six months form entry of this Order, and every six months thereafter.

SO ORDERED this 11th day of April, 2008.

*/s/ Harry S. Mattice, Jr.*
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE